ACCEPTED
01-15-00403-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 6:30:04 PM
CHRISTOPHER PRINE
CLERK

# G  Ernie Garcia, Attorney at Law

Auto Accidents  ·  Business Law  ·  Debt  ·  Eviction  ·  Wills & Probate

May 29, 2015

FILED IN
Transmitted via E-File 1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 6:30:04 PM
CHRISTOPHER A. PRINE
Clerk

1ST Court of Appeals
301 Fannin, Room 245
Houston, TX 77002

RE: Case No. 01-15-00403-CV; *David Musick & Kayla Musick v. Federal National Mortgage Association* in the 1ST District Court of Appeals of Texas.

To the clerk of said court,

I am the attorney of record for Mr. and Mrs. Musick in the case styled stated above. I hereby submit this payment of $195 for the filing fee due in this case.

Please feel free to contact my office if you should have any questions.

Regards,

Ernie Garcia
Attorney at Law

Enclosure

Phone:  (832) 305-7694
Fax: (832) 553-2984
Email: Ernie.Garcia@attorneyeg.com
616 FM 1960, Suite 105, Houston, Texas 77090